UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GINELLE ANESTAL,**

    Plaintiff,

v().                              Case No: 8:20-cv-846-MSS-SPF

**FLOWER'S BAKING COMPANY OF BRADENTON,**

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulation of Dismissal with Prejudice, (Dkt. 28), and pursuant to Federal Rule of Civil Procedure 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 12th day of April 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party